UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AMERICAN CIVIL LIBERTIES UNION, *et al.*,

Plaintiffs,

v.

DEPARTMENT OF DEFENSE,

Defendant.

Civil Action No. 26-3516 (JMC)

**[PROPOSED] ORDER**

UPON CONSIDERATION of Defendant's Motion to Strike, any opposition thereto, and the entire record herein, it is hereby

ORDERED that Defendant's motion is GRANTED, and it is further

ORDERED that the Complaint is stricken with leave to re-file an amended Complaint within 21 days of this Order that conforms with Federal Rule of Civil Procedure 8 and omits all immaterial matters.

SO ORDERED:

__________________
Date

______________________________________
JIA M. COBB
United States District Judge