UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DEPARTMENT OF DEFENSE,<br><br>Defendant. | Civil Action No. 26-3516 (JMC) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Defendant's motion to strike, any opposition thereto, and the entire record herein, it is hereby

ORDERED that Defendant's motion is GRANTED IN PART and DENIED IN PART, and it is further

ORDERED that the motion is DENIED insofar as it moves to strike the Complaint in full but is GRANTED insofar as it seeks in the alternative to strike paragraphs 2, 4–9, 21–39, and 43–44. These sections are hereby stricken from the Complaint.

SO ORDERED:

________________
Date

________________________________
JIA M. COBB
United States District Judge